In the Matter of the NEW YORK STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. RONALD STOLTZ, Respondent.—

Memorandum: Respondent has

not denied his failure to comply with the order of April 2, 1970 and, upon his consent, an order of enforcement is granted. (Proceeding pursuant to section 298 of the Executive Law, to enforce order of State Commissioner.) Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Henry, JJ.